# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0425−1 | User: mlr | Date Created: 8/2/2013 |
| Case: 1:11−ap−01003 | Form ID: pdf001 | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft        John Doe

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty        Joseph W. Caldwell        joecaldwell@frontier.com
aty        Julie M. Meeks        jgreco@pffwv.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla        Douglas Holding Company        718 Partridge Drive        Princeton, WV 24740
dft        City of Princeton        100 Courthouse Road        Princeton, WV 24740
aty        D. Adrian Hoosier, II        The Hoosier Law Firm PLLC        120 Capitol Street        Charleston, WV 25301
smg        United States Attorney        Southern District WV        P.O. Box 1713        Charleston, WV 25326−1713
smg        WV Department of Tax &Revenue        Bankruptcy Unit        P.O. Box 766        Charleston, WV 25323−0766
ust        U.S. Trustee        2025 Robert C. Byrd U.S. Courthouse        300 Virginia Street, East        Charleston, WV 25301
ust        United States Trustee        2025 Robert C. Byrd U.S. Courthouse        300 Virginia Street, East        Charleston, WV 25301

TOTAL: 7